certiorari to the Supreme Court of California denied. *Mr. Henry C. McPike* for petitioners. *Mr. Edmund L. Jones* for respondent.

No. 169. FAWSETT *v.* COMMISSIONER OF INTERNAL REVENUE. October 9, 1933. Petition for writ of certiorari to the Circuit Court of Appeals for the Seventh Circuit denied. *Messrs. Richard S. Doyle* and *Charles F. Fawsett* for petitioner. *Solicitor General Biggs* and *Messrs. Sewall Key* and *John MacC. Hudson* for respondent.

No. 170. UNITED ORDER OF GOOD SAMARITANS *v.* BRYANT. October 9, 1933. Petition for writ of certiorari to the Supreme Court of Arkansas denied. *Mr. W. A. Booker* for petitioner. No appearance for respondent.

No. 174. ROUTZAHN, COLLECTOR OF INTERNAL REVENUE, *v.* BROWN, EXECUTOR. October 9, 1933. Petition for writ of certiorari to the Circuit Court of Appeals for the Sixth Circuit denied. *Solicitor General Biggs* for petitioner. *Mr. Horace Andrews* for respondent.

No. 175. KOSMOS PORTLAND CEMENT CO. *v.* JOHNSON, ADMINISTRATOR, ET AL.; and

No. 176. SAME *v.* SAUER, EXECUTRIX. October 9, 1933. Petition for writs of certiorari to the Circuit Court of Appeals for the Sixth Circuit denied. *Messrs. Charles G. Middleton* and *Louis Seelbach* for petitioner. *Messrs.*